UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Yumei Li-Bachar,<br><br>       Plaintiff,<br><br>v.<br><br>Ethicon, Inc. and<br>Johnson & Johnson,<br><br>       Defendants. | Case No.: 0:22-cv-00485-WMW-JFD<br><br>**AMENDED<br>DEFENDANTS' NOTICE OF<br>MOTION TO TRANSFER VENUE** |

PLEASE TAKE NOTICE that on Wednesday, June 29, 2022, at 11:15 a.m., before the Honorable Wilhelmina M. Wright, in Courtroom 7A of the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, Defendants Ethicon, Inc. and Johnson & Johnson, by and through counsel, will move the Court for an order to transfer venue of the above-captioned matter.

Dated:  May 3, 2022

**NILAN JOHNSON LEWIS PA**

By: *s/ Tracy J. Van Steenburgh*
    Tracy J. Van Steenburgh, Reg. No. 141173
    Brandie Morgenroth, Reg. No. 396155
    250 Marquette Avenue South, Suite 800
    Minneapolis, MN 55401
    (612) 305-7500 (telephone)
    (612) 305-7501 (fax)
    tvan@nilanjohnson.com
    bmorgenroth@nilanjohnson.com

    *Attorneys for Defendants*
    *Ethicon, Inc. and Johnson & Johnson*

4859-7234-4862.1