# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

CASE NO.: 0:22-CV-00485-WMW-JFD

## AFFIDAVIT OF DUE DILIGENCE

**Yumei Li-Bachar**

        Plaintiff/Petitioner,

vs.

**Johnson & Johnson**

        Defendant/Respondent.

_____/

Received by **Metro Legal Services** on **03/11/2022** at **01:18 PM** to be served upon:

**Johnson & Johnson**
**One Johnson & Johnson Plaza**
**New Brunseick, NJ 08933**

State of New Jersey
County of Somerset    ss.

I, **James Swickle**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **03/11/2022** at **11:45 AM**, I non-served the within **SUMMONS & COMPLAINT** on **Johnson & Johnson** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

**Security stated that service of process must be made electronically. this source provided me with the attached documentation regarding instructions for service of process.**

Sworn to and subscribed before me on this ___11___ day of __April__, 20_22_ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

**KAREN SWICKLE**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/11/2023

X_____
James Swickle
Metro Legal Services
330 Second Avenue South, Suite 150
Minneapolis, MN 55401
800-488-8994
Atty File#: **1422** - Our File# **101813**