# AFFIDAVIT OF SERVICE

| Case: 0:22-cv-00485-WMW-JFD | Court: United States District Court for the District of Minnesota | County: | Job: 6771601 |
|---|---|---|---|
| Plaintiff / Petitioner: Yumei Li-Bachar | | Defendant / Respondent: Johnson & Johnson, et al., | |
| Received by: CIG, LLC | | For: Metro Legal Services | |
| To be served upon: Ethicon, LLC | | | |

I, Alejandro Rivera, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Federico Calaf, Company: 361 San Francisco Street , San Juan 00901
**Manner of Service:** Authorized, Mar 7, 2022, 1:51 pm -04
**Documents:** Summons and Complaint (Received Mar 4, 2022 at 4:57pm -04)

**Additional Comments:**
1) Successful Attempt: Mar 7, 2022, 1:51 pm -04 at Company: 361 San Francisco Street , San Juan 00901 received by Federico Calaf. Age: 68; Ethnicity: Hispanic; Gender: Male; Weight: 145; Height: 5'9"; Hair: Gray; Eyes: Brown; Relationship: Resident Agent / Authorized by law to receive the documents on behalf of Ethicon, LLC ;
The Process Server (PS) went to the address of the registered agent of Ethicon LLC. located at 361 San Francisco Street San Juan 00901. The PS identified himself with a gentleman named Federico Calaf. Mr. Calaf is resident agent of Ethicon LLC the PS delivered the documents in hand to Mr. Federico Calaf, Authorized Person to receive the documents on behalf of Ethicon, LLC. The Process Server filled out the report and left the area afterward.

Affidavit # 14,211
Subscribed and sworn to before me by the affiant who is personally known to me. In Carolina, Puerto Rico

_____        04/1/2022
Alejandro Rivera                  Date

_____
Notary Public

April 1, 2022              Puerto Rico Notary Public #10,129
Date                       Commission Expires

Comm. Permanent No Expiration

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017
(787) 276-5619



